**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

RECEIVED
MAR 0 8 2017
FIFTH CIRCUIT

| | | |
|---|---|---|
| **ABDUL SALAM BADMUS** | ) | |
| | ) | |
| **Plaintiff.  (Pro Se)** | ) | |
| | ) | |
| **vs** | ) | **CIVIL ACTION NO. 4: 15-CV-01149** |
| | ) | |
| **MUTUAL OF OMAHA INSURANCE** | ) | United States District Court |
| **COMPANY (MOOIC)** | ) | Southern District of Texas |
| | ) | **NOTICE OF APPEAL** |
| **Defendant** | ) | |

United States District Court
Southern District of Texas
FILED

MAR 0 8 2017

David J. Bradley, Clerk

Notice is hereby given that Plaintiff Abdul Salam Badmus hereby appeals to the United States  Court  of  Appeals for the Fifth Circuit from the Final Order entered February 9, 2017 granting Defendant's Motion  for Summary Judgment and  Defendant's Motion to Strike. Denying Plaintiff's Motion for Summary Judgment and Plaintiff's Motion to Strike and declaring Plaintiff Motion in limine as moot and dismissing Plaintiff's claims against Defendant Mutual of Omaha Insurance Company.

Respectfully submitted

Abdul Salam Badmus (Appellant-Pro Se)

P. O. Box  1946

Richmond, Texas  77469

E-Mail  [illegible]

Tel: 832-406-1967

## CERTIFICATE OF SERVICE

i HEREBY CERTIFY that on this _____7th_____ day of March 2017, I served the foregoing Notice of Appeal via regular mail to :

Linda P Wills

909 Fannin, Suite 3300

Houston Texas 77010

Abdul Salam Badmus (Appellant Pro Se)



# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 09, 2017

Mr. Davis J. Bradley
U.S. District Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

Abdul Salam Badmus
4:15-CV-1149

Dear Mr. Bradley,

I am forwarding a notice of appeal erroneously sent to us.  We
have noted the date received here. When you file the notice of
appeal, please use that date, see FED R. APP. P. 4(d).

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Gardner*

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

cc: Mr. Abdul Salam Badmus